*Swift Tyler Jr., Ernest Walls,* for plaintiff in error.
*Roy Leathers, solicitor-general,* contra.

## 26381. SAMPLES v. THE STATE.

GUERRY, J. No error of law is complained of, and the evidence supported the verdict. The judge did not err in overruling the motion for new trial. *Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 9, 1937.

*J. P. Fowler,* for plaintiff in error.
*H. G. Vandiviere, solicitor-general,* contra.